# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| TERRANCE PARKER,<br><br>      Plaintiff,<br><br>v.<br><br>VIRGINIA WILLIAMS and<br>SONYA BRADLEY,<br><br>      Defendants. | Civil Action 7:10-CV-44 (HL) |

## ORDER

The Recommendation (Doc. 20) of United States Magistrate Judge Thomas Q. Langstaff, entered June 10, 2011, is before the Court. The Magistrate Judge recommends that Defendants' Motion to Dismiss (Doc. 13) be granted. Plaintiff did not file a written objection to the Recommendation.

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court accepts the Recommendation (Doc. 20). Defendants' Motion to Dismiss (Doc. 13) is granted.

**SO ORDERED**, this the 11th day of July, 2011.

                                      *s/ Hugh Lawson*
                                      **HUGH LAWSON, SENIOR JUDGE**

mbh